UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE MARTIN LUMBI-ALTAMIRANO,<br><br>                Petitioner,<br><br>        v.<br><br>FACILITY ADMINISTRATOR, DESERT VIEW ANNEX, et al.,<br><br>                Respondents. | Case No. 5:26-cv-00692-FMO-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Petition for Writ of Habeas Corpus (Dkt. 11, "Petition"), this Court's Order of March 17, 2026 (Dkt. 18), Respondents' Answer to the Petition (Dkt. 17), and the Report and Recommendation of the assigned magistrate judge (Dkt. 23, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT: (1) the pending Application for a Preliminary Injunction is denied as moot; (2) Judgment shall be entered (a) granting the Petition, in part, and enjoining Respondents from removing

Petitioner to a third country without providing Petitioner and his counsel written notice and affording Petitioner a meaningful opportunity to seek available fear-based protections or relief; and (b) dismissing the remaining claims in and relief sought by the Petition without prejudice as moot based on the foregoing relief and Petitioner's prior release.

Dated:  May 12, 2026 _____                 _____/s/_____
                                            FERNANDO M. OLGUIN
                                            United States District Judge