UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE MARTIN LUMBI-ALTAMIRANO, | Case No. 5:26-cv-00692-FMO-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| FACILITY ADMINISTRATOR, DESERT VIEW ANNEX, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that (1) the Petition is granted, in part, with Respondents ENJOINED from removing Petitioner to a third country without providing Petitioner and his counsel written notice and affording Petitioner a meaningful opportunity to seek available fear-based protections or relief; and (2) in all other respects, the Petition is dismissed without prejudice.

Dated: May 12, 2026_____                    _____/s/_____

FERNANDO M. OLGUIN
United States District Judge